**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re* SUBPOENA TO ANDREW PERRONG

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

DABELLA EXTERIORS LLC,

Defendant.

Misc. No. 2:26-mc-99
(Related to Misc. No. 2:26-mc-88 (JFM))

Underlying action:

United States District Court for the District of Oregon, Portland Division

Case No. 3:25-cv-00396-SI

**DECLARATION OF ANDREW ROMAN PERRONG**

My name is Andrew Roman Perrong. Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am over eighteen years of age and an attorney licensed to practice in the Commonwealth of Pennsylvania and the State of Oregon. I am the sole member of Perrong Law LLC (the “Firm”). I submit this declaration in support of my Motion to Quash Subpoena and to Stay Compliance. I make this declaration based on my personal knowledge, and if called to testify, I could and would testify competently to the matters stated below. I do not, by this declaration, disclose the substance of any privileged communication or attorney work product, and I expressly preserve all privileges and protections.

2. Through the Firm, I am counsel of record for Plaintiff Leon Weingrad in *Weingrad v. DaBella Exteriors LLC*, No. 3:25-cv-00396-SI (D. Or.).

3. I reside in Bucks County, Pennsylvania, within the Eastern District of Pennsylvania and within 100 miles of Lafayette Hill, Pennsylvania.

4. On October 26, 2026, counsel for Defendant DaBella Exteriors LLC ("DaBella") emailed counsel of record in the underlying action a "Notice of Service of Subpoena" stating that DaBella "intends to serve the attached subpoena directed to Andrew Perrong." The attached subpoena (the "Subpoena") is dated October 26, 2026, is addressed to me at my residence, and commands production at De Gisi Law Group, LLC, 462 Germantown Pike, Ste. 11, Lafayette Hill, PA 19444, at 9:00 a.m. on October 30, 2026. A true and correct copy of the notice, the Subpoena, and its Schedule A is attached as Exhibit A.

5. As of the date of this declaration, no copy of the Subpoena has been delivered to me. I have not agreed to accept service of the Subpoena by email.

6. On October 29, 2026, I conferred with Diane Zelmer and Drew L. Eyman, counsel for DaBella, by telephone regarding the Subpoena. I explained that the Subpoena seeks material irrelevant to any claim or defense in the underlying action and disproportionate to the needs of the case nd that it is directed at opposing counsel for an improper purpose. DaBella's counsel stated that the materials are relevant (1) because of Plaintiff's co-counsel's October 21, 2025 letter, and (2) to determining whether DaBella's employees were "trespassed" from Plaintiff's residence. I responded that the responding officers' police report and body camera footage, not a video of my interaction with the employees, would show whether the police trespassed them, and that DaBella could obtain those records from the police. DaBella did not withdraw the Subpoena.

7. On October 20, 2025, officers of the Milwaukie Police Department responded to my 911 call. The responding officers were wearing body cameras.

8. To my knowledge, Plaintiff has not alleged in any pleading in the underlying action that DaBella engaged in violence or threatened violence against him on October 20, 2025, and he is not pursuing any claim based on the October 20, 2025 visit. No motion for sanctions based on the October 20, 2025 visit has been filed in the underlying action.

9. Responding to the Subpoena as written, including Request No. 4 and the instructions to search telephones, computers, servers, email accounts, and text messaging accounts and to identify "evidence" regarding an "allegation," would require me to search and review the files of active litigation against DaBella and to make judgments about those materials that reflect my mental impressions as counsel.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2026, in the United States of America.

________________________________
Andrew Roman Perrong