**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPOENA TO ANDREW PERRONG | Misc. No. 2:26-mc-99<br>(Related to Misc. No. 2:26-mc-88 (JFM)) |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying action:<br><br>United States District Court for the District of Oregon, Portland Division<br><br>Case No. 3:25-cv-00396-SI |

**[PROPOSED] ORDER STAYING COMPLIANCE**

AND NOW, this ____ day of ______________, 2026, upon consideration of Non-Party Andrew Roman Perrong's Motion to Quash Subpoena and to Stay Compliance, it is ORDERED that any obligation of Andrew Roman Perrong to comply with the subpoena to produce documents dated October 26, 2026, issued by Defendant DaBella Exteriors LLC ("DaBella") in *Weingrad v. DaBella Exteriors LLC*, No. 3:25-cv-00396-SI (D. Or.), and directed to Andrew Perrong (the "Subpoena") is STAYED pending further order of this Court.

BY THE COURT:

______________________________
J.