**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re* SUBPOENA TO ANDREW PERRONG | Misc. No. 2:26-mc-99<br>(Related to Misc. No. 2:26-mc-88 (JFM)) |
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DABELLA EXTERIORS LLC,<br><br>Defendant. | Underlying action:<br><br>United States District Court for the District of Oregon, Portland Division<br><br>Case No. 3:25-cv-00396-SI |

**[PROPOSED] ORDER**

AND NOW, this ____ day of ______________, 2026, upon consideration of Non-Party Andrew Roman Perrong's Motion to Quash Subpoena and to Stay Compliance, and any response thereto, it is ORDERED that the Motion is GRANTED as follows:

1. The Court will decide the Motion.

2. The subpoena to produce documents dated October 26, 2026, issued by Defendant DaBella Exteriors LLC ("DaBella") in *Weingrad v. DaBella Exteriors LLC*, No. 3:25-cv-00396-SI (D. Or.), and directed to Andrew Perrong (the "Subpoena") is QUASHED in its entirety.

3. Andrew Roman Perrong need not produce any of the materials described in Schedule A to the Subpoena.

4. DaBella shall not issue any further subpoena to Andrew Roman Perrong or Perrong Law LLC that seeks the materials described in Schedule A to the Subpoena and requires compliance in this District without first obtaining leave of this Court.

BY THE COURT:

______________________________________

J.