**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: SUBPOENA TO ANDREW PERRONG** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 26mc99** |
| | : | |
| | : | |

# ORDER

**AND NOW**, this 30th day of October 2026, upon consideration of Andrew Perrong's motion to quash subpoena and stay compliance (DI 1) it is **ORDERED** for DaBella Exteriors LLC to respond to the motion no later than **November 13, 2026**. Movant Perrong shall have no obligation to respond to the subject subpoena pending resolution of the motion to quash or further order of the court. Movant Perrong shall provide this order to counsel for DaBella Exteriors LLC today.

**MURPHY, J.**