# Exhibit 3
# Transcript of 911 audio call

IN RE:

AUDIO/VIDEO TRANSCRIPTION OF

for 911 calls for Heather Casebolt

Monday, July 28, 2026
6:41 p.m. - 6:46 p.m.

Location:
Southeast Harvey Street & Southeast 36th Avenue
Milwaukie, Oregon 97222

Transcribed Audio Recording By

Nisha Chakkingal

Job No.: 1746114

The following proceeding was transcribed from an audio/video file as follows:

MS. TICE: 991. What's the address of the emergency?

MS. PERRONG: Southeast Harvey Street and 36th Avenue.

MS. TICE: You said Harvey and 36th?

MS. PERRONG: Yes.

MS. TICE: Can you call police, fire, or medical?

MS. PERRONG: Police, please.

MS. TICE: Tell me exactly what happened.

MS. PERRONG: There are two individuals here from the Bella Home Improvement. I'm a lawyer.

MS. TICE: They are from where?

MR. PERRONG: They were coming to my client -- the Bella Home Improvements. They came to my client's house to harass my client.

MS. TICE: Okay, where are they now?

MS. PERRONG: They're walking down Harvey.

MS. TICE: And what did they do?

MS. PERRONG: I am -- my -- I am a lawyer for my client. We are currently suing the Bella. Two individuals showed up at my client's house at 9723 Southeast 36th to harass my client from, from the

Bella Home Improvement.

MS. TICE: East or westbound?

MS. PERRONG: I'm not sure.

MS. TICE: Are they going, like, towards the river or towards, like, towards the train tracks?

MS. PERRONG: They're going to the -- they're going toward the water tower. Those two individuals over there.

MS. TICE: And do they have any weapons, like guns or knives?

MS. PERRONG: No, but they threatened -- they threatened.

MS. TICE: How did they threaten --

MR. PERRONG: They threatened to -- they threatened to hit me in the face, and they called -- they threatened to hit me in the face, and they said that it's not going to end well if I call the cops.

MS. TICE: Okay. How long ago did you see them last?

MS. PERRONG: I know -- I, I see them exactly right now. They're -- they're at a -- they're at a house.

MS. TICE: Okay. Can you tell what address they're in front of?

MS. PERRONG: No, I don't. It's a --it's a

white house with a, a VW Bug in front of it.
MS. TICE: Is that bug associated with them?
MS. PERRONG: I, I don't know. No.
MS. TICE: Do you know what vehicle they drive?
MS. PERRONG: No, I do not. One is wearing a green -- one is wearing a green sweatshirt.
MS. TICE: Just a minute. Hang on. Hang on. So they're on foot right now, just to make sure?
MS. PERRONG: Correct.
MS. TICE: Okay. Do they have any weapons with them, like guns or knives?
MS. PERRONG: No. Not, not that I can see.
MS. TICE: Okay, so, one at a time. Is the first one White, Black, Asian, or Hispanic?
MS. PERRONG: White.
MS. TICE: And male or female?
MS. PERRONG: Male.
MS. TICE: How old?
MS. PERRONG: 30s.
MS. TICE: And what color jacket or shirt is he wearing?
MS. PERRONG: They're wearing a green. One's wearing a green sweatshirt, like a lime green sweatshirt.
MS. TICE: What about the pants?

MS. PERRONG: Jeans.
MS. TICE: Like blue jeans?
MS. PERRONG: Yes.
MS. TICE: And then the second one. Are they White, Black, Asian, or Hispanic?
MS. PERRONG: White.
MS. TICE: Male or female?
MS. PERRONG: Male.
MS. TICE: How old?
MS. PERRONG: Old. Also 30s.
MS. TICE: What color jacket or shirt is he wearing?
MS. PERRONG: He's wearing a checkered-patterned dress shirt.
MS. TICE: A dress shirt, you said?
MS. PERRONG: Yes.
MS. TICE: What color is the checks?
MS. PERRONG: Also, also wearing jeans.
MS. TICE: But where are the checks?
MS. PERRONG: Stand by.
MS. TICE: Only if it's safe to see him.
MS. PERRONG: Yeah, yeah, they threatened to -- they threatened to punch me in the face, so I called the cops.
MS. TICE: Okay. Did they ever actually touch

you?

MS. PERRONG: No, but they came, came at me aggressively.

MS. TICE: Any indication of drugs or alcohol?

MS. PERRONG: No. And the checks are black and white. It's like a white-and-black checked shirt.

MS. TICE: Thank you. And do you still see them, or are they stopped or do they --

MS. PERRONG: They're, they're going towards -- they're going towards the door up, up Harvey.

MS. TICE: But they're still walking.

MS. PERRONG: Yes, that's correct.

MS. TICE: Give me just one moment

MS. PERRONG: Yeah.

MS. TICE: What is your name?

MS. PERRONG: Andrew Perrong.

MS. TICE: Can you spell your last name?

MS. PERRONG: P-E-R-R-O-N-G.

MS. TICE: And your phone number?

MS. PERRONG: 215-208-9484.

MS. TICE: I'll get that information off to the officers.

MS. PERRONG: Yeah.

MS. TICE: And I want you to stay safe and separate and give us a call back if anything

changes, okay?

MS. PERRONG: All right. Thank you.

MS. TICE: You're welcome. Bye-bye.

MS. PERRONG: Yeah, bye.

CERTIFICATE OF TRANSCRIPTIONIST

I, NISHA CHAKKINGAL, do hereby certify:

That said audio transcription is a true record as reported by me, a disinterested person.

I further certify that I am not interested in the outcome of said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS THEREOF, I have hereunto set my hand this 1st day of August, 2026.



Nisha Chakkingal

**-**

**--it's** 3:25

**1**

**1st** 8:14

**2**

**2026** 8:14
**215-208-9484** 6:20

**3**

**30s** 4:19 5:10
**36th** 2:5,7,25

**9**

**9723** 2:24
**991** 2:3

**A**

**action** 8:9,10
**address** 2:3 3:23
**aggressively** 6:3
**alcohol** 6:4
**Andrew** 6:16
**Asian** 4:14 5:5
**audio** 8:5
**audio/video** 2:2
**August** 8:14
**Avenue** 2:6

**B**

**back** 6:25
**Bella** 2:14,17,23 3:1
**black** 4:14 5:5 6:5
**blue** 5:2
**bug** 4:1,2
**bye** 7:4
**Bye-bye** 7:3

**C**

**call** 2:9 3:17 6:25
**called** 3:15 5:23
**CERTIFICATE** 8:1
**certify** 8:3,8
**Chakkingal** 8:3,17
**checked** 6:6
**checkered-** 5:13
**checks** 5:17,19 6:5
**client** 2:16,18, 23,25
**client's** 2:18,24
**color** 4:20 5:11, 17
**connected** 8:9
**cops** 3:17 5:24
**correct** 4:9 6:12
**counsel** 8:11

**D**

**day** 8:14
**disinterested** 8:6
**door** 6:10
**dress** 5:14,15
**drive** 4:4
**drugs** 6:4

**E**

**East** 3:2
**emergency** 2:4
**end** 3:17

**F**

**face** 3:15,16 5:23
**female** 4:16 5:7
**file** 2:2
**fire** 2:9
**foot** 4:8
**front** 3:24 4:1

**G**

**give** 6:13,25
**green** 4:6,22,23
**guns** 3:10 4:11

**H**

**hand** 8:13
**Hang** 4:7
**happened** 2:12
**harass** 2:18,25
**Harvey** 2:5,7,20 6:10
**hereunto** 8:13
**Hispanic** 4:14 5:5
**hit** 3:15,16
**Home** 2:14,17 3:1
**house** 2:18,24 3:22 4:1

**I**

**Improvement** 2:14 3:1
**Improvements** 2:17
**indication** 6:4
**individuals** 2:13,24 3:7
**information** 6:21
**interested** 8:8

**J**

**jacket** 4:20 5:11
**jeans** 5:1,2,18

**K**

**knives** 3:10 4:11

**L**

**lawyer** 2:14,22
**lime** 4:23
**long** 3:18

**M**

**make** 4:8
**male** 4:16,17 5:7,8
**medical** 2:10
**minute** 4:7
**moment** 6:13

**N**

**Nisha** 8:3,17
**number** 6:19

**O**

**officers** 6:22
**One's** 4:22
**outcome** 8:9

**P**

**P-E-R-R-O-N-G** 6:18
**pants** 4:25
**parties** 8:10
**patterned** 5:14
**Perrong** 2:5,8,11,13,16,20,22 3:3,6,11,14,20,25 4:3,5,9,12,15,17,19,22 5:1,3,6,8,10,13,16,18,20,22 6:2,5,9,12,14,16,18,20,23 7:2,4
**person** 8:6
**phone** 6:19
**police** 2:9,11
**proceeding** 2:1
**punch** 5:23

**R**

**record** 8:5
**related** 8:10
**reported** 8:6
**respective** 8:11
**river** 3:5

**S**

**safe** 5:21 6:24
**separate** 6:25
**set** 8:13
**shirt** 4:20 5:11,14,15 6:6
**showed** 2:24
**Southeast** 2:5,25
**spell** 6:17
**Stand** 5:20
**stay** 6:24
**stopped** 6:8
**Street** 2:5
**suing** 2:23
**sweatshirt** 4:6,23,24

**T**

**THEREOF** 8:13
**threaten** 3:13
**threatened** 3:11,12,14,15,16 5:22,23
**TICE** 2:3,7,9,12,15,19,21 3:2,4,9,13,18,23 4:2,4,7,10,13,16,18,20,25 5:2,4,7,9,11,15,17,19,21,25 6:4,7,11,13,15,17,19,21,24 7:3
**time** 4:13
**touch** 5:25
**tower** 3:7
**tracks** 3:5
**train** 3:5
**transcribed** 2:1
**transcription** 8:5
**TRANSCRIPTIONIST**

8:1
**true**
8:5

**V**

**vehicle**
4:4
**VW**
4:1

**W**

**walking**
2:20 6:11
**water**
3:7
**weapons**
3:9 4:10
**wearing**
4:5,6,21,
22,23
5:12,13,18
**westbound**
3:2
**white**
4:1,14,15
5:5,6 6:6
**white-and-black**
6:6