# Exhibit 5

**From:** Mary Austad <Mary_Austad@ord.uscourts.gov>
**Sent:** Thursday, October 29, 2026 5:13 PM
**To:** Diane Zelmer <djz@berensonllp.com>
**Cc:** anthony@paronichlaw.com; deyman@swlaw.com; Andrew Perrong <a@perronglaw.com>
**Subject:** RE: 3:25-cv-00396-SI Weingrad v. DaBella Exteriors LLC - Discovery Dispute

Ms. Zelmer,

The court would like motion briefing on this matter.

Thank you,
Mary

**Mary Austad** | (she/her/hers)
Courtroom Deputy to the Honorable Michael H. Simon
United States District Court for the District of Oregon
1000 SW Third Ave 15th Floor
Portland OR 97204
503-326-8034

**From:** Diane Zelmer <djz@berensonllp.com>
**Sent:** Thursday, October 29, 2026 1:53 PM
**To:** Mary Austad <Mary_Austad@ord.uscourts.gov>
**Cc:** anthony@paronichlaw.com; deyman@swlaw.com; Andrew Perrong <a@perronglaw.com>
**Subject:** 3:25-cv-00396-SI Weingrad v. DaBella Exteriors LLC - Discovery Dispute

**CAUTION - EXTERNAL:**

Ms. Austad,

A discovery dispute has arisen between the parties, and we are submitting a joint discovery dispute statement attached. We would appreciate your advising if the Court would be willing to schedule an informal conference, or prefer for the parties to engage in formal motion briefing on the matter.

**Diane J. Zelmer** Partner, Berenson LLP

Phone: 561-429-4496
Mobile: 202-577-8984
Email: djz@BerensonLLP.com
Website: BerensonLLP.com
Address: 1242 SW Pine Island Rd., Suite 42-414,
Cape Coral, Fl 33991

THE FLORIDA BAR BOARD CERTIFIED CONSTRUCTION LAW

Martindale-Hubbell AV PREEMINENT Peer Rated for Highest Level of Professional Excellence 2021

RATED BY Super Lawyers Diane J. Zelmer 5 YEARS

This is a communication per the Electronic Communications Privacy Act and may contain confidential and privileged material. Disclosure is limited to the intended recipient and review or distribution by others is prohibited. Receipt by other than the intended recipient does not constitute a loss of the confidential nature of the communication. Any attachments are legal documents and should not be altered without approval of legal counsel. Do not rely upon any opinion or statement in this message unless you are an approved client of this law firm. If you are not the intended recipient please advise us and delete all copies of this communication.

TAX ADVICE IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) CANNOT BE USED FOR THE PURPOSE OF AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR RECOMMENDING TO ANOTHER PARTY ANY MATTER ADDRESSED HEREIN. THIS ADVICE MAY NOT BE FORWARDED (OTHER THAN WITHIN THE TAXPAYER TO WHICH IT HAS BEEN SENT) WITHOUT OUR WRITTEN CONSENT.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.