| | | | | |
|---|---|---|---|---|
| 10/20/2025 | 18:43:20 | LP65580 | Response | [1] 2 PPL FROM BELLA HOME IMPROVEMENT CAME TO RP'S CLIENT'S HOUSE TO HARASS CLIENT. L/S EB HARVEY ON FOOT. THRET'D TO HIT RP IN FACE |
| 10/20/2025 | 18:45:18 | LP65580 | Response | [2] UNK VEH ASSOCT'D WITH. #1 WM, 30S, GRN SWEATSHIRT, BLU JEANS #2 WM, 30S, WHI AND BLK CHECKERED DRESS SHIRT, BLU JEANS, NO WEPS SEEN, NO DRUGS OR ALCOHOL |
| 10/20/2025 | 18:45:33 | LP65580 | Response | [3] SU |
| 10/20/2025 | 18:45:42 | LP65580 | Response | [4] SUBJS ARE STILL WALKING |
| 10/20/2025 | 18:46:13 | LP64010 | Response | [5] Backed up 3M2 with 3M1 |
| 10/20/2025 | 18:46:15 | LP65580 | Response | [6] NEVER ACTUALLY HIT RP BUT MADE THRETS TO |
| 10/20/2025 | 18:49:55 | LP64010 | Response | [7] 3M2 W/ RP |
| 10/20/2025 | 18:55:28 | LP64010 | Response | [8] 3M1 W/ THEM 37/HARVEY |
| 10/20/2025 | 18:56:04 | LP64010 | Response | [9] 3M2 NO CRIMES JUST WANT THEM TRESPASSED |

### Address Changes
**No Address Changes**

### Priority Changes
**No Priority Changes**

### Alarm Level Changes

| Date | Time | User | Change to Alarm |
|---|---|---|---|
| 10/20/2025 | 18:45:59 | JC | 1 |

### Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 10/20/2025 | 18:41:57 | | RapidSOS | | Location found 45.4517174/-122.6259099 | RSOS |
| 10/20/2025 | 18:42:03 | | Sector Change | | From Sector No Sector to Sector MP | LP65580 |
| 10/20/2025 | 18:43:10 | | Incident Priority Change | | Incident priority changed from P4 to P4 | LP65580 |
| 10/20/2025 | 18:43:10 | | Problem Nature | SE HARVEY ST / SE 36TH AVE | Incident problem nature changed from <Blank> to HAR - HARASSMENT/THREAT~PD | LP65580 |
| 10/20/2025 | 18:45:33 | | ANI/ALI Statistics | | INT Insert:Oct 20 2025 18:41:57 / INT SendNP:Oct 20 2025 18:41:56 / WS RecvNP:Oct 20 2025 18:41:56 / WS Process:Oct 20 2025 18:45:33 | LP65580 |
| 10/20/2025 | 18:45:33 | | Incident Transfer | Se Harvey St / Se 36th Ave | Incident has been has been transferred, fusion ID 68f6e5bd176c43b370910fb3 | C2C1 |
| 10/20/2025 | 18:45:39 | | Read Incident | | Incident 295 was Marked as Read. | LP64010 |
| 10/20/2025 | 18:45:57 | | UserAction | | User clicked Initial Assign | LP64010 |
| 10/20/2025 | 18:45:57 | | Initial Assignment | | The following unit(s) is (are) recommended for assignment: 3M2 (00:01:07) | LP64010 |
| 10/20/2025 | 18:45:59 | 3M2 | Dispatched | SE RAILROAD AVE\SE 32ND AVE | | LP64010 |
| 10/20/2025 | 18:46:13 | 3M1 | Dispatched | SE HIGHWAY224\HIGHWAY224 | | LP64010 |
| 10/20/2025 | 18:46:13 | 3M1 | Enroute | Se Harvey St / Se 36th Ave | Responding From = SE HIGHWAY224\HIGHWAY224. | LP64010 |
| 10/20/2025 | 18:46:13 | 3M2 | Unit Backed up | SE RAILROAD AVE\SE 32ND AVE | Backed up with 3M1 | LP64010 |
| 10/20/2025 | 18:46:18 | | UserAction | | User clicked Exit/Save | LP65580 |
| 10/20/2025 | 18:47:17 | 3M2 | Enroute | Se Harvey St / Se 36th Ave | Responding From = SE 32ND AVE\SE RAILROAD AVE. | 3M2 |
| 10/20/2025 | 18:49:51 | 3M2 | Arrived | Se Harvey St / Se 36th Ave | | LP64010 |
| 10/20/2025 | 18:49:55 | 3M1 | Arrived | Se Harvey St / Se 36th Ave | | 3M1 |
| 10/20/2025 | 18:50:44 | 1M97 | Dispatched | 3200 Se Harrison St [MILWAUKIE POLICE DEPARTMENT (L MIL HARRISON)] | | LP64010 |
| 10/20/2025 | 18:50:48 | 1M97 | Enroute | Se Harvey St / Se 36th Ave | Responding From = 3200 Se Harrison St [MILWAUKIE POLICE DEPARTMENT (L MIL HARRISON)]. | 1M97 |
| 10/20/2025 | 18:52:13 | 1M97 | Arrived | Se Harvey St / Se 36th Ave | | LP64010 |
| 10/20/2025 | 18:56:48 | | UserAction | | User clicked Exit/Save | LP64010 |
| 10/20/2025 | 18:57:46 | 1M97 | Available | Se Harvey St / Se 36th Ave | Unit Cleared From Incident LP25048335 | LP64010 |
| 10/20/2025 | 18:58:34 | 3M1 | Available | Se Harvey St / Se 36th Ave | Unit Cleared From Incident LP25048335 | LP56986 |
| 10/20/2025 | 19:00:11 | | Incident Late | | Active incident marked as late | |
| 10/20/2025 | 19:02:46 | 3M2 | Disposition | Se Harvey St / Se 36th Ave | W6 - PEACE RESTORED | 3M2 |
| 10/20/2025 | 19:02:46 | 3M2 | Available | Se Harvey St / Se 36th Ave | Unit Cleared From Incident LP25048335 | 3M2 |
| 10/20/2025 | 19:02:46 | | Incident Timer Clear | Se Harvey St / Se 36th Ave | Incident Late Timer cleared for LP25048335 | M1 |
| 10/20/2025 | 19:02:46 | 3M2 | Response Closed | Se Harvey St / Se 36th Ave | Response Disposition: W6 - PEACE RESTORED | 3M2 |
| 10/20/2025 | 19:51:54 | | UserAction | | User clicked Exit/Save | LP56986 |

### Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation User |
|---|---|---|---|---|---|---|---|

DABELLA001297